CONSTANCE AND JAMES MATHES ROHDE v.
COASTAL STATE BANK.

July 11, 1986.

Petition for certification denied.

JOHN B. BERNICK v. JACK N. FROST.

July 11, 1986.

Petition for certification denied.

JOANNIS KALLOPOULOS v. EDWARD TOOLEY.

July 11, 1986.

Petition for certification denied.

CAROLYN COWIE v. WEST AMERICAN INSURANCE
COMPANY OF THE OHIO CASUALTY GROUP.

July 11, 1986.

Petition for certification denied.